FILED - GR
June 3, 2013 3:11 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / ____ SCANNED BY /\S 6/13

On the date of May 23 2013 the Kent County Jail accounting staff withdrew $400.00 dlrs. from my account without my consent. The accounting staff then made a check to the Friend of the Court. I never authorizied this transaction with the jail or gave any consent to any of the jail staff to do this procedure. The only thing I authorizied was that I filled out a "money release form" to the name of Angela Hernandez my assistant. This was for a very important legal reason and now the Kent County Jail has jeopardized my legal procedures. I believe Sgt. Jennifer Sullivan and her accounting staff went beyond their jurisdiction of withdrewing money from my account and authorizing this transaction. The Kent County Jail is responsiable for this and I am intitled to the re-furnish of my money.

1:13-cv-601
Gordon J Quist - U.S. District Judge
Hugh W. Brenneman - Magistrate Judge

Respectfully. Submitting,

Date 5-31-13

Michael J. Cooley